Read and Kelley Estate Services, LLC
PO Box 3111
N. Fort Myers, FL 33918

(239)731-2201
personalpropertyappraiser@yahoo.com
http://personalpropertyappraiser.net

# Invoice

| Date | Invoice # |
|---|---|
| 06/07/2013 | 8724 |

**Bill To**

Trustee, Robert Tardif
PO Box 2140
Fort Myers, FL 33902

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 05/14/2013 | Administration from service date to invoice date | 1 | 30.00 | 30.00 |
| 06/05/2013 | Apportioned travel | 0.9 | 30.00 | 27.00 |
| 06/05/2013 | Fuel surcharge Lee County | 1 | 6.00 | 6.00 |
| 06/05/2013 | Onsite minimum charge | 1 | 30.00 | 30.00 |
| 06/07/2013 | Research & formal report preparation, from on-site date to invoice date | 1 | 60.00 | 60.00 |

Name: Robert and Jill Sparrow
Case No: 9-12-bk-12145-BSS

| Total | $153.00 |
|---|---|