UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SPARROW, ROBERT MARVIN | § | Case No. 9:12-bk-12145-FMD |
| SPARROW, JILL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter       of the United States Bankruptcy Code was filed on           . The case was converted to one under Chapter 7 on              . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Robert E. Tardif Jr._____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-12145  CED  Judge: Caryl E. Delano | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | SPARROW, ROBERT MARVIN | Date Filed (f) or Converted (c): | 03/18/13 (c) |
| | SPARROW, JILL | 341(a) Meeting Date: | 09/11/12 |
| For Period Ending: | 12/26/13 | Claims Bar Date: | 07/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2012 TAX REFUND (8/12) | 2,664.65 | 2,664.65 | | 2,664.65 | FA |
|     Added by amendment | | | | | |
| 2. HOMESTEAD-1425 COLLINS RD, FT. MYERS | 54,562.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS | 370.00 | 370.00 | | 370.00 | FA |
| 4. HOUSEHOLD GOODS | 1,970.00 | 870.00 | | 870.00 | FA |
| 5. BOOKS, CDS | 50.00 | 50.00 | | 50.00 | FA |
| 6. CLOTHING | 150.00 | 150.00 | | 150.00 | FA |
| 7. JEWELRY | 430.00 | 1,450.00 | | 1,450.00 | FA |
| 8. MOWER, GENERATOR, BBQ | 170.00 | 170.00 | | 170.00 | FA |
| 9. IRA RETIREMENT ACCOUNT | 738.04 | 0.00 | | 0.00 | FA |
| 10. 2000 DODGE GRAND CARAVAN | 1,075.00 | 75.00 | | 75.00 | FA |

TOTALS (Excluding Unknown Values)  $62,179.69  $5,799.65  $5,799.65

Gross Value of Remaining Assets  $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 27, 2012 (GAH) Motion filed to convert case to a Chap 13.

September 28, 2012 (GAH) Case converted to a Chap 13

March 18, 2013 (GAH) Converted back to Chap 7

March 19, 2013 (GAH) Received copy of tax return.  Refund is $5,728.00.  EIC is $1,295.00.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: 12-12145   CED   Judge: Caryl E. Delano | Trustee Name: | Robert E. Tardif Jr. |
| Case Name: SPARROW, ROBERT MARVIN | Date Filed (f) or Converted (c): | 03/18/13 (c) |
| SPARROW, JILL | 341(a) Meeting Date: | 09/11/12 |
| | Claims Bar Date: | 07/22/13 |

May 08, 2013 (RET) - Appointing appraiser.

May 14, 2013 (GAH) Appl to Employ sent to Read & Kelley.

June 07, 2013 (GAH) Proposed Stip for $6,039.65 at $431.40 per mo. beginning 7/1/13.  Overage includes tax refund.

June 11, 2013 (GAH) E-mail from atty that debtors will make a lump sum payment.   Revised Stip for $5,799.65 (bank fee waived) payable on or before 7/15/13.

June 18, 2013 (GAH) Received payment in full - need signed Stip.

June 21, 2013 (RET) - Signed payment stipulation.

August 30, 2013 (BLK) - Claims bar date recently expired.  Will review.  Changed TFR date.

September 10, 2013 (RET) - Reviewed claims.

October 04, 2013 (BLK)  Claims review complete.  Will prepare case for TFR submission.

Initial Projected Date of Final Report (TFR): 03/13/15         Current Projected Date of Final Report (TFR): 01/15/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-12145 -CED | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | SPARROW, ROBERT MARVIN | Bank Name: | BANK OF KANSAS CITY |
|  | SPARROW, JILL | Account Number / CD #: | *******1802 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5525 |  |  |
| For Period Ending: | 12/26/13 | Blanket Bond (per case limit): | $ 0.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/18/13 | * NOTE * | Robert Sparrow | Payment on Overage | | 5,799.65 | | 5,799.65 |
| | | | * NOTE *  Properties 1, 3, 4, 5, 6, 7, 8, 10 | | | | |
| | | | Memo Amount:       2,664.65 | 1224-000 | | | |
| | | | Tax refund | | | | |
| | | | Memo Amount:       3,135.00 | 1129-000 | | | |
| | | | Payment on Overage | | | | |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,789.65 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,779.65 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,769.65 |
| 09/24/13 | 001000 | Joy Augustine, Appraiser | Payment of Appraiser for Trustee | 3711-000 | | 153.00 | 5,616.65 |
| | | Read & Kelley | in accordance with Order Authorizing Payment | | | | |
| | | Post Office Box 3111 | entered 9/3/13 | | | | |
| | | North Fort Myers, FL 33918 | Invoice No. 8724 | | | | |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,606.65 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,596.65 |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,586.65 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 5,799.65 | COLUMN TOTALS | 5,799.65 | 213.00 | 5,586.65 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 5,799.65 | 213.00 | |
| Memo Allocation Net: | 5,799.65 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 5,799.65 | 213.00 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 5,799.65 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******1802) | 5,799.65 | 213.00 | 5,586.65 |
| Total Memo Allocation Net: | 5,799.65 | | 5,799.65 | 213.00 | 5,586.65 |
| | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | 5,799.65 | 213.00 | |

UST Form 101-7-TFR (5/1/2011) (Page: 5)

Ver: 17.04b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 12-12145 -CED | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | SPARROW, ROBERT MARVIN | Bank Name: | BANK OF KANSAS CITY |
|  | SPARROW, JILL | Account Number / CD #: | *******1802 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5525 |  |  |
| For Period Ending: | 12/26/13 | Blanket Bond (per case limit): | $    0.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | Checking Account (Non-Interest Earn - *******1802 |  |  | Transfers) | To Debtors) | On Hand |

|  |  |  |  | Page Subtotals | 0.00 | 0.00 |  |

| Page 1 | | PROPOSED DISTRIBUTION | | | | Date: December 26, 2013 |

Case Number: 12-12145  
Debtor Name: SPARROW, ROBERT MARVIN  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 06-1 050 4110-00 | The Bank of New York Mellon Trust Company, Nationa c/o Christopher Giacinto, Esq. 4630 Woodland Corporate Boulevard Suite 100 Tampa, FL 33614 | Secured | Filed 01/09/13 | $101,034.00 | $0.00 | $101,034.00 |
| 08-1 050 4110-00 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Secured | Filed 01/14/13 | $381.72 | $0.00 | $381.72 |
| 09-1 050 4110-00 | Wells Fargo Bank, NA 1 Home Campus MAC X2303-01A Des Moines, IA 50328 | Secured | Filed 01/16/13 (9-1) Real Estate | $34,951.93 | $0.00 | $34,951.93 |
| | Subtotal For Claim Type 4110-00  Real Estate - Consensual Liens | | | $136,367.65 | $0.00 | $136,367.65 |
| 01-1 070 7100-90 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | Filed 10/18/12 Scheduled as WFNNB | $194.97 | $0.00 | $194.97 |
| 02-1 070 7100-90 | FIA Card Services, N.A. as successor to Bank of America, N.A. (USA) and MBNA America Bank, N.A. 4161 Piedmont Parkway (NC4 105 03 14) Greensboro, NC 27410 | Unsecured | Filed 10/19/12 | $4,331.06 | $0.00 | $4,331.06 |
| 03-1 070 7100-90 | eCAST Settlement Corporation POB 29262 New York NY 10087-9262 | Unsecured | Filed 10/25/12 | $902.18 | $0.00 | $902.18 |
| 04-1 070 7100-90 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | Filed 12/05/12 | $498.93 | $0.00 | $498.93 |
| 05-1 070 7100-90 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | Filed 12/07/12 | $471.47 | $0.00 | $471.47 |
| 07-1 070 7100-90 | ECMC P.O. Box 75906 St. Paul, MN 55175 | Unsecured | Filed 01/09/13 | $15,815.35 | $0.00 | $15,815.35 |
| 10-1 070 7100-90 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | Filed 04/01/13 | $6,893.83 | $0.00 | $6,893.83 |
| | Subtotal For Claim Type 7100-90  Payments to Unsecured Credit | | | $29,107.79 | $0.00 | $29,107.79 |
| | Case Totals: | | | $165,475.44 | $0.00 | $165,475.44 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 9:12-bk-12145-FMD
Case Name: SPARROW, ROBERT MARVIN
  SPARROW, JILL
Trustee Name: Robert E. Tardif Jr.

  Balance on hand  $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 06-1 | The Bank of New York Mellon Trust Company, Nationa | $ | $ | $ | $ |
| 08-1 | Capital One, N.A. | $ | $ | $ | $ |
| 09-1 | Wells Fargo Bank, NA | $ | $ | $ | $ |

  Total to be paid to secured creditors  $_____
  Remaining Balance  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert E. Tardif Jr. | $ | $ | $ |
| Trustee Expenses: Robert E. Tardif Jr. | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses  $_____
  Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

Case 9:12-bk-12145-FMD Doc 68 Filed 01/03/14 Page 10 of 11

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be           percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01-1 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 02-1 | FIA Card Services, N.A. as successor to | $ | $ | $ |
| 03-1 | eCAST Settlement Corporation | $ | $ | $ |
| 04-1 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 05-1 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 07-1 | ECMC | $ | $ | $ |
| 10-1 | Capital One Bank (USA), N.A. | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

      Total to be paid to timely general unsecured creditors      $_____

      Remaining Balance      $_____


      Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

      Tardily filed general (unsecured) claims are as follows:

NONE


      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE